**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
SEP - 3 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 5:26.CR.97.KKC.EBA

**NAQEEB HADID MUFALLAH,**
**aka MALACHI J. GREATHOUSE**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 111(a)(1) & (b)**

On or about April 14, 2026, in Fayette County, in the Eastern District of Kentucky,

**NAQEEB HADID MUFALLAH,**
**aka MALACHI J. GREATHOUSE,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with Lexington Police Officer K.V.W., a person designated in 18 U.S.C. § 1114, while K.V.W. was assisting an officer or employee of the United States or of any agency in any branch of the United States Government in the performance of such officer or employee's official duties or on account of that assistance, and, while in the commission of such acts, **NAQEEB HADID MUFALLAH** did use a deadly or dangerous weapon or inflict bodily injury, all in violation of 18 U.S.C. § 111(a)(1) and (b).

**COUNT 2**
**18 U.S.C. § 922(g)(1)**

On or about April 14, 2026, in Fayette County, in the Eastern District of Kentucky,

**NAQEEB HADID MUFALLAH,**
**aka MALACHI J. GREATHOUSE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, Model 30 Gen 5, .45 caliber pistol bearing serial number CDRF078, which was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offenses alleged in the Indictment, **NAQEEB HADID MUFALLAH** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 111 and 922. Any and all interests that **NAQEEB HADID MUFALLAH** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**

a. Glock, Model 30 Gen 5, .45 caliber pistol bearing serial number CDRF078; and
b. Assorted ammunition.

**A TRUE BILL**

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**FRANCISCO J. VILLALOBOS II**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:** Not more than 20 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**COUNT 2:** Not more than 15 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:** Forfeiture.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.