EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Case No. 5:26-cr-97-KKC-EBA-1 At Frankfort Date October 6, 2026

USA vs Naqeeb Hadid Mufalah, a.k.a.
Malachi J. Greathouse x present x custody ___ bond ___ OR Age ___

DOCKET ENTRY: The Court conducted Defendant's initial appearance and arraigned him. United States Probation Officer Deryn Warren was present. The defendant was advised of his constitutional rights, the pending charges, and the possible penalties. United States orally moved for pretrial detention. Defendant reserved his right to a detention hearing to be held at a later date.

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Consistent with the Due Process Protections Act, the Court orally confirmed this disclosure obligation on the record and issues this written order stating the same.

PRESENT: HON. EDWARD B. ATKINS, UNITED STATES MAGISTRATE JUDGE

| Mary Jane Younce | Audio File | None | Francisco J. Villalobos, II |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant Andrew Louis Sparks X present ___ retained X appointed

I, Mary Jane Younce, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
KYED-FRK_5-26-cr-97_20261006_092841

PROCEEDINGS: **INITIAL APPEARANCE AND ARRAIGNMENT**

X Copy of Indictment given to the defendant.
X Defendant states true name is as states in the Indictment.
X Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA.
X Ordered Andrew Louis Sparks as appointed attorney under the CJA.
X Defendant advised of Constitutional Rights, nature of charges, and possible penalties
X Defendant waives formal arraignment.
X Defendant waives reading of Indictment - Information. _Indictment - Information read.
X Defendant pleads Guilty to Counts x Not guilty to Counts ALL
X PRETRIAL MOTIONS are to be filed pursuant to the Court's pretrial order to be entered.
___ Assigned for **DETENTION HEARING** on **_________, at _____a.m.** in **Frankfort, KY,** before Magistrate Judge ___________________-.
X Assigned for **JURY TRIAL** on **Monday, November 16, 2026, at 9:00 a.m. in Lexington**, KY, before Judge Karen K. Caldwell. Counsel to be present at 8:30 a.m.
X Number of days expected for trial: 3

X The Court covered standard collateral consequences and notification rights tied to non-citizen status.

X United States advised no victims requested to be heard as part of proceeding.

X Defendant is remanded to the custody of the United States Marshal. USPO to circulate Pretrial Services Report (PSR) to counsel. Counsel may retain PSR while detention issues pend but may not copy or disseminate the report to any person (except defense counsel can share content with

X Defendant).

Signed By:

Edward B. Atkins EBA

United States Magistrate Judge

Copies: COR, USP, USM, FKT, LEX D, LEX JT

Initials of Deputy Clerk: mjy

TIC: 0/06